1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10

STARLA WATSON,

                    Plaintiff,

CASE NO. 12-cv-05320-RBL-JRC

REPORT AND RECOMMENDATION
ON STIPULATED MOTION TO
DISMISS

11

12             v.

13   MICHAEL J. ASTRUE, Commissioner of
     the Social Security Administration,

14                     Defendant.

15

16          This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28

17   U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews,*

18   *Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976).  This matter is before the Court on

19   plaintiff's stipulated motion to dismiss (ECF No. 17.)

20          After reviewing plaintiff's stipulated motion and the relevant record, the undersigned

21   recommends that the Court grant plaintiff's motion, and order that the case be dismissed with

22   prejudice.

23

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION TO DISMISS - 1

1    Given the facts and the parties' stipulation, the Court recommends that the District Judge

2  immediately approve this Report and Recommendation and order that the case be **DISMISSED**

3  with prejudice.

4    Dated this 13th day of December, 2012.

5

6    _____
   J. Richard Creatura

7    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION TO DISMISS - 2