UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STARLA WATSON,

           Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

           Defendant.

CASE NO. 12-cv-05320 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on Plaintiff's Stipulated Motion to Dismiss (ECF No. 17), and the relevant record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    The matter is DISMISSED with prejudice. and

(3)    The Clerk is directed to enter Judgment and close this case.

Dated this 17th day of December, 2012.

Ronald B. Leighton
United States District Judge