UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STARLA WATSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　　　Defendant. | CASE NO. 12-cv-05320 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on Plaintiff's Stipulated Motion to Dismiss (ECF No. 17), and the relevant record, does hereby find and ORDER:

　　(1)　The Court adopts the Report and Recommendation.

　　(2)　The matter is DISMISSED with prejudice. and

　　(3)　The Clerk is directed to enter Judgment and close this case.

Dated this 17th day of December, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Ronald B. Leighton
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1